**Crews State Bank & Trust Co., appellee, v. Laura B. Humes, appellant.**

Heard in this court at the October term, 1928. Opinion filed February 1, 1929.

G. F. Taylor, for appellant. Byron Piper, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

**Robert Nicklich, appellee, v. John Souris, appellant.**

Heard in this court at the October term, 1928. Opinion filed February 1, 1929.

J. J. Bullington, for appellant. P. K. Johnson, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

**Agnes Santha, executrix of the estate of Steve Santha, deceased, appellee, v. Steve Lasslo, appellant.**

Opinion filed February 1, 1929.

Harry Faulkner, for appellant. M. R. Sullivan, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

**Allie Jones, appellant, v. Illinois Bell Telephone Company, appellee.**

Heard in this court at the October term, 1928. Opinion filed February 1, 1929.

L. A. Cranston, for appellant. Ropiequet & Freels and Cutting, Moore & Sidley, for appellee; John W. Freels, of counsel.

Mr. Justice Wolfe delivered the opinion of the court.